OPINION — AG — 43 O.S. 1961 7 [43-7] AUTHORIZES BUT "DOES NOT MAKE IT AN OFFICIAL DUTY" OF A COUNTY JUDGE TO PERFORM MARRIAGE CEREMONY, THAT HE MUST CHARGE AND ACCOUNT FOR THE FEE SPECIFIED BY STATUTE RELATIVE TO THE MARRIAGE LICENSE, BUT THAT IF, UPON REQUEST, HE CHOOSES TO SOLEMNIZE A PARTICULAR MARRIAGE, HE MAY RETAIN THE FEE CHARGED FOR SUCH SERVICES. CITE: OPINION NO. APRIL 27, 1953 — MORRIS, 28 O.S. 1961 42 [28-42], HOUSE BILL NO. 625 (CHARLES OWENS) ** SEE: OPINION NO. 68-297 (1969) **